# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

| In Re: Eric D. Tirado Dastas | Case No.: 04-00370-GAC |
|---|---|
| Debtor(s) | Chapter 13 |

## TRUSTEE'S OBJECTION TO CLAIMED EXEMPTION

**TO THE HONORABLE COURT:**

**NOW COMES** José R. Carrión, Chapter 13 Trustee, through the undersigned attorney, and very respectfully alleges and prays:

The Trustee, pursuant to 11 U.S.C. §522 (d)(5), objects to aforementioned claimed exemption over described estate property. As ground for the objection, the Trustee states that: House at Villa Nevarez 1128 9th St.

The claimed amounts of $8,625.00 exceeds the amount allowed pursuant to §522(d)(5) in the amount of $7,700.00 Therefore the Debtor's are not entitled to the amount claimed in excess.

**WHEREFORE** the Trustee respectfully prays that an order be entered denying the debtor claim exemptions as set out above.

**20 DAYS NOTICE:** The Debtor(s) is hereby notified that unless an opposition to this objection is submitted in writing within **20** days from the date appearing in the certificate of service, infra, the Court may grant this motion without the need of an actual hearing.

**CERTIFICATE OF SERVICE:** Pursuant to Bankruptcy Rule 4003(b) The Chapter 13 Trustee herewith certified that a copy of this motion has been served by regular US Mail on this **same date to:** the DEBTOR(S) and to their ATTORNEY, to their respective address of record.

In San Juan, Puerto Rico this 1st day of March, 2004.

**JOSE R. CARRION**
CHAPTER 13 TRUSTEE
P.O. Box 9023884
Old San Juan Station,
S.J. P.R. 00936-8527
Tel. (787) 977-3535
Fax. (787) 977-3551

By: _____