IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

ERIC DOEL TIRADO DASTAS
Debtor

CASE NO.: 04-00370 (GAC)

CHAPTER 13

## ANSWER TO TRUSTEE'S MOTION TO DISMISS

TO THE HONORABLE COURT:

Come now debtor, through her undersigned counsel, and respectfully states and prays as follows:

The debtor proceeds to answer Trustee's Motion to Dismiss, filed on 8-24-04 [E.O.D.#23]:

1- Denied.

2- Averment 2 is a conclusion of law that does not allow a responsive pleading, thus is denied.

### AFFIRMATIVE DEFENSES

3- Together with this motion, the debtor is providing the Trustee with the following documents:

A- IRS Form 1040PR for years 2000, 2001 and 2003.

B- Puerto Rico's Department of Treasury Tax Returns for years 2000, 2001, 2002 and 2003.

C- Registry Description of debtor's residence and statement of description of structure.

D- Amended Schedule J (to include provision for taxes).

RAFAEL TORRES
ALICEA
(787) 752-0101



E- Amended Statement of Financial Affairs (to include attorney's retainer).

THEREFORE, it is respectfully prayed that the Trustee's Motion to Dismiss be denied.

CERTIFICATE OF SERVICE that on this same date I send a copy of this motion to José Carrión to PO Box 9023884, San Juan, PR 00902-3884.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 22nd day of September 2004.

*RAFAEL TORRES ALICEA (206414)*
Town Park, E-2 Santiam
San Juan, Puerto Rico 00924
Tel.: 752-0101  Fax: 276-7836
E-mail: ramfis@caribe.net
Attorney for Debtor

7\general\04-00370(5)